**BURNETT v. FOSTER et al. (No. 627.)**

(Court of Civil Appeals of Texas. Beaumont. Dec. 9, 1920.)

Appeal and error ⊖⟊787 — Dismissal where neither party files statement of facts or briefs.

Where neither party has filed a statement of facts or briefs, the case will be dismissed for want of prosecution.

Appeal from District Court, San Jacinto County; J. L. Manry, Judge.

Action between Amos Burnett, as next friend of William Burnett, and Florence Adare Foster and others. Judgment for the latter, and the former appeals. Appeal dismissed.

Geo. E. Gordon, of Cold Springs, for appellant.

Dean & Humphrey, of Huntsville, for appellees.

WALKER, J. This case is here without a statement of facts and without briefs for either party. Hence we dismiss the case for want of prosecution. Wilkins v. Tomlin, 153 S. W. 931.

⊖⟊For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes